```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
THE UNITED STATES OF AMERICA, et al. ex rel                        :
JOHN R. BORZILLERI, M.D.,                                          :
                                                                   :     15-CV-7881 (JMF)
                                                                   :
                              Plaintiffs,                          :
                                                                   :           ORDER
           -v-                                                     :
                                                                   :
ABBVIE, INC., et al.,                                              :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/13/2018

JESSE M. FURMAN, United States District Judge:

After being informed that the United States, various States, and the District of Columbia had declined to intervene in this action, the Court issued an order on March 13, 2018, that, *inter alia*, ordered certain documents in this case would be unsealed on April 13, 2018. Accordingly, it is hereby ORDERED that the following documents be unsealed: (1) the Court's order of March 13, 2018; and (2) the Complaint. In addition, the Court will docket the Government's Notice of Decision to Decline Intervention. All other contents of the Court's file in this action shall remain under seal.

The Clerk of Court is directed to unseal this case and to docket the documents listed above.

SO ORDERED.

Dated: April 13, 2018
       New York, New York

                              _____
                                        JESSE M. FURMAN
                                    United States District Judge