UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA, et al. ex rel.
JOHN BORZILLERI, M.D.,
                Plaintiff,

-against-

ABBVIE, INC., et al.,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/19

15 CIVIL 7881 (JMF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 16, 2019, the Government's motion to dismiss is GRANTED, and Borzilleri's claims are dismissed (with prejudice in the case of his claims under the FCA and without prejudice to re-filing in state court as to his claims under state law). In light of that disposition, Defendants' motions to dismiss are DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York
          July 17, 2019

                                          RUBY J. KRAJICK
                                          **Clerk of Court**

BY: _K Mango_
                                            **Deputy Clerk**